# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2021

162434-5

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* Guardianship of VERSALLE, Minors.

SC: 162434-5
COA: 351757; 351758
Muskegon PC: 2019-002586-GM
                    2019-002589-GM

_____/

On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether MCL 700.5204(2)(b) is unconstitutional because it does not allow for a presumption that a fit parent's decision is in the best interest of the child, see *Troxel v Granville*, 530 US 57 (2000); and (2) whether the Muskegon Probate Court erred by granting the petitioner guardianship in this case. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Family Law Section and the Children's Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2021



p0622

Clerk